UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Webster Financial Corporation, Webster Bank, National Association, and Webster Capital Finance, Inc.,

Plaintiff(s),

vs.

Webster Capital Finance Inc., Fifik Private Loans, Fifik Jan, Samuel Howard, Alex Hampsom, various John and Jane Does 1-10 and XYZ Companies 1-10,

Defendant(s).

Case # 2:18-cv-02223-MMD-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Gail E. Podolsky___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

___Carlton Fields Jorden Burt, P.A.___
(firm name)

with offices at ___1201 West Peachtree Street, Suite 3000___,
(street address)

___Atlanta___, ___Georgia___, ___30309___,
(city) (state) (zip code)

___404-815-2714___, ___gpodolsky@carltonfields.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Webster Financial Corporation, Webster Bank, National Association, and Webster Capital Finance, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since October 12, 2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Georgia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Supreme Court | 09/04/2009 | 142021 |
| Georgia Supreme Court | 10/12/2005 | 142021 |
| 11th Circuit Court of Appeals | 03/14/2006 | 142021 |
| Georgia Court of Appeals | 10/12/2005 | 142021 |
| U.S.D.C., N.D., Georgia | 10/12/2005 | 142021 |
| U.S.D.C., S.D., Georgia | 06/17/2010 | 142021 |
| U.S.D.C., M.D., Georgia | 09/28/2015 | 142021 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

State Bar of Georgia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF __GEORGIA__ )
COUNTY OF __FULTON__ )

__Gail E. Podolsky__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__26th__ day of __November__, __2018__.

_Connie Wiltey_
Notary Public or Clerk
Connie Wiltey
Notary Public
Coweta County, Georgia
My Commission Expires May 30, 2019

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __David S. Kahn__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__300 South 4th Street, 11th Floor__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)            (state)          (zip code)

__702-727-1400__, __david.kahn@wilsonelser.com__.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) David S. Kahn as
(name of local counsel)
~~his/her~~/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Frederick F. Erikson, Deputy General Counsel
Webster Financial Corporation, Webster Bank,
(type or print party name, title) National Association,
and Webster Capital Finance, Inc.

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7038                    david.kahn@wilsonelser.com
Bar number              Email address

APPROVED:
Dated: this 6th day of December, 20 18.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



| | | |
|---|---|---|
| HAROLD D. MELTON, CHIEF JUSTICE<br>DAVID E. NAHMIAS, PRESIDING JUSTICE<br>ROBERT BENHAM<br>CAROL W. HUNSTEIN<br>KEITH R. BLACKWELL<br>MICHAEL P. BOGGS<br>NELS S.D. PETERSON<br>SARAH HAWKINS WARREN<br>CHARLES J. BETHEL<br>    JUSTICES | **Supreme Court**<br>**State of Georgia**<br>STATE JUDICIAL BUILDING<br>Atlanta 30334 | THÉRÈSE S. BARNES, CLERK/COURT EXECUTIVE<br>JEAN RUSKELL, REPORTER |

November 20, 2018

    I hereby certify that Gail E. Podolsky, Esq., was admitted on the 12th day of October, 2005, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date she has been and is now a member of this bar in good standing, as appears from the records and files in this office.



Witness my signature and the seal of this Court hereto affixed the day and year first above written.

_____, Clerk