# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| WEBSTER FINANCIAL CORPORATION, et. al.,<br><br>Plaintiffs,<br>v.<br><br>WEBSTER CAPITAL FINANCE INC., et. al.,<br><br>Defendants. | Case No. 2:18-cv-02223-MMD-GWF<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE POST-JUDGMENT DISCOVERY** |

THIS CAUSE having come before this Court pursuant to Plaintiffs' Motion for Extension of Time to Complete Post-Judgment Discovery, and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The motion is hereby **GRANTED** in its entirety.

2. Plaintiffs shall have until August 9, 2020, to conduct additional post-judgment discovery.

DONE AND ORDERED this 8th day of April, 2020.

_____
**THE HONORABLE MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**

121685731.v1