David S. Kahn, Esq.
Nevada Bar No.: 7038
I-Che Lai, Esq.
Nevada Bar No.: 12247
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101
Tel: (702) 727-1400; Fax: (702) 727-1401
David.Kahn@wilsonelser.com
I-Che.Lai@wilsonelser.com

Gail E. Podolsky (*admitted pro hac vice*)
Georgia Bar No. 142021
**CARLTON FIELDS**
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309
Tel: (404) 815-2714; Fax: (404) 815-3415
gpodolsky@carltonfields.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WEBSTER FINANCIAL CORPORATION, WEBSTER BANK, NATIONAL ASSOCIATION, and WEBSTER CAPITAL FINANCE, INC.<br><br>Plaintiffs,<br>v.<br><br>WEBSTER CAPITAL FINANCE INC., FIFIK PRIVATE LOANS, FIFIK JAN, SAMUEL HOWARD, ALEX HAMPSOM, various JOHN and JANE DOES 1-10, and XYZ COMPANIES 1-10 (UNIDENTIFIED),<br><br>Defendants. | Case No. 2:18-cv-02223-MMD-GWF<br><br>**MOTION FOR EXTENSION OF TIME TO COMPLETE POST-JUDGMENT DISCOVERY AND INCORPORATED MEMORANDUM OF LAW**<br><br>**(Third Request)** |

Plaintiffs Webster Financial Corporation, Webster Bank, National Association, and Webster Capital Finance, Inc. (collectively, "Webster"), pursuant to Fed. R. Civ. P. 6(b) and Local Rule IA 6-1, hereby move for entry of an order extending the post-judgment discovery period by four (4) months, through and including, December 9, 2020.

On January 9, 2020, Webster sought an extension of time to conduct post-judgment discovery in order to take the deposition of Erhomarhua Afure[1], obtain documents from him, and conduct any additional discovery based on what Webster learned during the deposition. [ECF No. 23.] Webster's request for an extension was subsequently granted. [ECF No. 24.]

On February 20, 2020, Webster filed a miscellaneous action with the United States District Court for the Southern District of Florida to compel Mr. Afure to produce documents and sit for a deposition. On March 20, 2020, United States Magistrate Judge Jared M. Strauss ordered Mr. Afure to produce documents and sit for a deposition.

COVID-19 prevented Webster from taking Mr. Afure's deposition as Webster prefers to take an in-person deposition. Subsequently, on April 8, 2020, Webster sought a second extension of time to conduct post-judgment discovery [ECF No. 25], and the request was granted [ECF No. 26].

Even though the parties agreed to postpone Mr. Afure's deposition to a future date in the hopes that the deposition could be taken in person, Mr. Afure's counsel refused to agree to a specific date. To date, Mr. Afure's counsel refuses to provide depositions dates for this client. Accordingly, Webster was forced to seek judicial intervention in the miscellaneous action.

On July 23, 2020, in the miscellaneous action, United States District Court for the Southern District of Florida Judge Rodolfo Ruiz ordered a telephonic status conference for August 3, 2020 to discuss the deposition of Mr. Afure. Because Webster has been unable to take Mr. Afure's deposition, Webster requests additional time to conduct post-judgment discovery.

Accordingly, Webster requests that this Court extend the post-judgment discovery deadline set forth in the Final Judgment for four (4) months, through and including, December 9,

---

[1] Erhomarhua Afure is the signatory on the bank account that received the proceeds from at least one of the fraudulent loans provided by the Defendants. As detailed in Webster's first motion to extend post-judgment discovery, Mr. Afure is likely to have highly relevant information, including documents regarding Defendants' business, the profits earned by Defendants, and the location of the Defendants and their assets. This information is necessary for Webster to quantify its damages. *See* 15 U.S.C. 1117 (stating that a plaintiff may recover defendant's gross profits under the Lanham Act). To date, Webster has been unable to ascertain this information from the other third-party discovery it has received. It is also likely that Mr. Afure will disclose additional third-parties that Webster will need to subpoena.

2020. This extension will allow Webster to take the deposition of Mr. Afure and conduct further discovery using any information learned from his deposition.

This is the third request for an extension of time. The request is necessitated by the COVID-19 pandemic and Webster having to seek further judicial intervention to depose Mr. Afure. No party will be prejudiced by this extension and it will not affect any other pending deadlines set by the Court. *See, e.g., United States v. $1,020,378.05 U.S. Currency*, 26 F.3d 134 (9th Cir. 1994) (noting that the district court granted a three-month extension of the discovery cutoff date); *Pyankovska v. Abid*, 216CV2942JCMBNW, 2019 WL 6609690, at *2 (D. Nev. Dec. 5, 2019) ("The court gave defendant an additional 60 days to complete discovery"); *Farace v. Am. Airlines, Inc.*, 2:10-CV-00724-KJD, 2011 WL 5239227, at *2 (D. Nev. Nov. 1, 2011) (extending discovery for ninety (90) days); *Shops at Grand Canyon 14, LLC v. Rack Room Shoes, Inc.*, 2:09-CV-01234-RLH, 2010 WL 4181361, at *4 (D. Nev. Oct. 20, 2010) (granting motion to extend discovery to permit the parties to take certain depositions).

A proposed order is attached.

Respectfully submitted this 29th day of July, 2020.

By: /s/ *Gail Podolsky*
David S. Kahn
Nevada Bar No. 7038
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
300 South 4th Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400
(702) 727-1401 (fax)
David.Kahn@wilsonelser.com
I-Che.Lai@wilsonelser.com

Gail E. Podolsky (*admitted pro hac vice*)
Georgia Bar No. 142021
**CARLTON FIELDS**
1201 West Peachtree Street, Suite 3000
Atlanta, Georgia 30309
(404) 815-2714
(404) 815-3415 (fax)

3

123147285.v1

1   gpodolsky@carltonfields.com
2   ***Attorneys for Plaintiffs Webster Financial Corporation, Webster Bank, National Association, and Webster Capital Finance, Inc.***
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

123147285.v1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was electronically filed with the Clerk by using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

This 29th day of July, 2020.

                                                                                  /s/ *Gail Podolsky*                              
                                                                                  Gail Podolsky

123147285.v1

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WEBSTER FINANCIAL CORPORATION, et. al.,<br><br>    Plaintiffs,<br>v.<br><br>WEBSTER CAPITAL FINANCE INC., et. al.,<br><br>    Defendants. | Case No. 2:18-cv-02223-MMD-GWF<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO COMPLETE POST-JUDGMENT DISCOVERY** |

THIS CAUSE having come before this Court pursuant to Plaintiffs' Motion for Extension of Time to Complete Post-Judgment Discovery, and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

1. The motion is hereby **GRANTED** in its entirety.

2. Plaintiffs shall have until December 9, 2020, to conduct additional post-judgment discovery.

DONE AND ORDERED this  29th  day of   July         , 2020.

_____
**THE HONORABLE MIRANDA M. DU**
**UNITED STATES DISTRICT JUDGE**

120799526.v1